# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00804-CV

**Kelly Clark Lewis, Appellant**

**v.**

**Jason Schaefer, M.D., Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-003835, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 16, 2020. To date, the brief has not been tendered for filing and is overdue. On July 8, 2020, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by July 20, 2020, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Smith

Dismissed for Want of Prosecution

Filed: August 31, 2020